UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIHONG ZHANG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Defendant. | No. 2:26-cv-06171-PD<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Hon. Patricia Donahue<br>United States Magistrate Judge |

Having read and considered the Stipulation for Extension of Time to Respond to Initial Complaint submitted by the parties, and finding good cause therefor,

IT IS HEREY ORDERED that Defendant may have until **November 2, 2026**, to respond to Plaintiffs' complaint.

Dated: July 31, 2026

*Patricia Donahue*

HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

1